No. A–390.   CEPULONIS ET AL. *v.* CONNOLLY ET AL. Application for injunction, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–285.   IN RE DISBARMENT OF GLOECKNER.   Disbarment entered.   [For earlier order herein, see 458 U. S. 1127.]

No. D–297.   IN RE DISBARMENT OF JEFFCOAT.   Lynn R. Jeffcoat, of Richardson, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on October 18, 1982 [*ante,* p. 939], is hereby discharged.

No. 9, Orig.   UNITED STATES *v.* LOUISIANA ET AL.   Petition of the Special Master, Walter P. Armstrong, Jr., for allowance of interim compensation and expenses, as set forth in the petition filed October 18, 1982, is granted, and it is ordered that the United States bear one-half the costs and the States of Mississippi and Alabama each bear one-quarter of the costs.   JUSTICE MARSHALL took no part in the consideration or decision of this petition.   [For earlier order herein, see, *e. g.,* 457 U. S. 1115.]

No. 88, Orig.   CALIFORNIA *v.* TEXAS ET AL.   It is ordered that the Honorable Wade H. McCree, Jr., of Ann Arbor, Mich., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for.   The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his technical, stenographic, clerical, and legal assistants, the cost of printing his report, and all other proper expenses shall be charged against and be